# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRADDOCK, LISA ANN | § | Case No. 11-04152 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND          , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within    9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/16/2011             By:   /s/ Michael G. Berland
                                                      Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BRADDOCK, LISA ANN | § | Case No. 11-04152 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.16 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,500.16 |
| **Balance on hand:** | $ 7,500.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,500.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,500.02 | 0.00 | 1,500.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,500.02 |
| Remaining balance: | $ 6,000.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,000.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,000.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,870.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,706.86 | 0.00 | 452.79 |
| 2 | First National Bank of Omaha | 6,190.39 | 0.00 | 1,035.47 |
| 3 | Chase Bank USA, N.A. | 693.41 | 0.00 | 115.99 |
| 4 | Chase Bank USA, N.A. | 12,668.41 | 0.00 | 2,119.06 |
| 5 | FIA Card Services,Bank of Americaby Amerrican Infosurce agen | 13,611.57 | 0.00 | 2,276.83 |

Total to be paid for timely general unsecured claims: $ 6,000.14
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-04152-BWB
Lisa Ann Braddock                                                     Chapter 7
     Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 1           Date Rcvd: Aug 17, 2011
                              Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2011.
db        +Lisa Ann Braddock,    1840 W. 235th St.,    Steger, IL 60475-1492
aty       +Cathe R Evans Williams,    The Evans Williams Law Group, LLC,    2024 Hickory Rd.,   Suite 306,
            Homewood, IL 60430-2145
tr        +Michael G Berland,    1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
16754871  +Chase,    201 N. Walnut St.,    De1-1027,   Wilmington, DE 19801-2920
16754872  +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
17319165   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16754874  +Fia Csna,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
16754875  +First National Bank Credit Card Ctr,    Attention: Bankruptcy Department,
            14010 1st Nat'l Bank Pkwy,Code 8130,    Omaha, NE 68154-5206
17283508  +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
16754876  +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
16754877  +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
16754878  +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,   Urbendale, IA 50323-2310
16754879  +Wffinancial,    Po Box 7648,    Boise, ID 83707-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17240006    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2011 02:52:26      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
16754873   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2011 02:52:26      Discover Fin,   Po Box 6103,
             Carol Stream, IL 60197-6103
17628413    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:48
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**            **Signature:** _Joseph Speetjens_